IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY DEMETRIUS GARLAND,

    Plaintiff,

v.          Case No. 4:15cv280-MW/CAS

JULIE L. JONES,

    Defendant.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 23. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The motion for summary judgment, ECF No. 19, is **GRANTED** and judgment is entered in favor of Defendant Julie L. Jones, Secretary of the Florida Department of Corrections." The Clerk shall close the file.

**SO ORDERED on July 11, 2016.**

                                                      **s/Mark E. Walker**
                                                      **United States District Judge**